B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Field, Alexander** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8182** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**700 Greenwood Road**<br>**Northbrook, IL**<br>ZIP Code **60062** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Field, Alexander** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>    Signature of Attorney for Debtor(s)            (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| <br>    _____<br>    (Name of landlord that obtained judgment)<br><br> |
| <br>    _____<br>    (Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Field, Alexander** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Alexander Field**
Signature of Debtor  **Alexander Field**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**October  6, 2010**
Date

### Signature of Attorney*

X **/s/ Ariel Weissberg**
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
Telephone Number

**October  6, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Alexander Field**                                                    Case No. _____

                                        Debtor(s)              Chapter      **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.          Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Alexander Field**
                             **Alexander Field**

Date:    **October  6, 2010**

B6D (Official Form 6D) (12/07)

In re **Alexander Field**                                        ,        Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx3384** <br><br> **American Home Mortgage** <br> **4600 Regent Blvd S-200** <br> **Irving, TX 75063** | | | **Mortgage** <br><br> **700 Greenwood Road, Northbrook, Illinois 60062** <br><br> Value $               2,700,000.00 | | | | 1,408,713.00 | 0.00 |
| Account No. **xxxxx1866** <br><br> **Aurora Loan Services** <br> **f/k/a GMAC Mortgage** <br> **10350 Park Meadows Dr.** <br> **Littleton, CO 80124** | | | **700 Greenwood Road, Northbrook, Illinois, 60062** <br><br> Value $               1,200,000.00 | | | | 1,039,342.00 | 0.00 |
| Account No. **xxxxx3188** <br><br> **BAC Home Loan** <br> **450 American St.** <br> **Simi Valley, CA 90650** | | | **Mortgage** <br><br> **700 Greenwood Road, Northbrook, Illinois 60062** <br><br> Value $               2,700,000.00 | | | | 1,500,000.00 | 208,713.00 |
| Account No. **xxxx982-1** <br><br> **Foster Bank** <br> **5225 North Kedzie Ave** <br> **Chicago, IL 60625** | | | **Line of Credit** <br><br> **700 Greenwood Road, Northbrook, Illinois 60062** <br><br> Value $               2,700,000.00 | | | | 4,340,000.00 | 4,340,000.00 |
| __1__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 8,288,055.00 | 4,548,713.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Alexander Field** _____,    Case No. _____
                                            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxx-x00-99** | | | | | 4 Villa Verde, Unit 114, Buffalo Grove, IL | | | | | |
| **Harris Bank** **P.O. Box 3042** **Milwaukee, WI 53201** | X | | | | | | | | | |
| | | | | | Value $            **60,000.00** | | | | **90,000.00** | **30,000.00** |
| Account No. **xxxxxxxxx0761** | | | | | Mortgage | | | | | |
| **JP Morgan Chase Bank** **P.O Box 1093** **Northridge, CA 91928** | | | | | 100 Moscoe Road, White Lake, NY | | | | | |
| | | | | | Value $          **400,000.00** | | | | **749,424.00** | **0.00** |
| Account No. **xxxx6349** | | | | | Mortgage | | | | | |
| **Litton Servicing LP** **4828 Loop Central Drive** **Houston, TX 77081** | | | | | 1201 Ashbrook, Mundelein, Illinois, 60060 | | | | | |
| | | | | | Value $          **150,000.00** | | | | **201,785.00** | **51,785.00** |
| Account No. **xxxx6786** | | | | | Mortgage | | | | | |
| **Litton Servicing LP** **4828 Loop Central Drive** **Houston, TX 77081** | | | | | 1201 Ashbrook, Mundelein, Illinois, 60060 | | | | | |
| | | | | | Value $          **150,000.00** | | | | **9,946.00** | **9,946.00** |
| Account No. **xxxx6083** | | | | | First Mortgage | | | | | |
| **Ocwen Loan Services** **12650 Ingenuity Dr.** **Orlando, FL 32826** | | | | | 2622 Windsor Drive, Arlington Heights, Illinois | | | | | |
| | | | | | Value $          **100,000.00** | | | | **137,891.00** | **37,891.00** |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **1,189,046.00** | **129,622.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **9,477,101.00** | **4,678,335.00** |

B6E (Official Form 6E) (4/10)

.

In re    **Alexander Field**                                                                    , Case No. _____
                                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Alexander Field**                                         ,       Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **3888 Maple, LLC** <br> **3100 Dundee Rd., Suite 107** <br> **Northbrook, IL 60062** | | - | | | | | | X | **Unknown** |
| Account No. <br><br> **Abramovsky, Leyka & Lonid** <br> **19 River Oak Circle Dr. East** <br> **Buffalo Grove, IL 60089** | | | | | | | | | **530,999.33** |
| Account No. <br><br> **Absolute Title** <br> **81 S. Milwaukee Avenue** <br> **Wheeling, IL 60090** | | - | | | | | | X | **Unknown** |
| Account No.  **Unknown** <br><br> **Albany Bank & Trust Company** <br> **3400 W. Laurence Ave.** <br> **Chicago, IL 60625** | X | | | | 4141 Cardinal Court, Northbrook, IL  60062 | | | | **999,000.00** |

| | | |
|---|---|---|
| __30__  continuation sheets attached | Subtotal <br> (Total of this page) | **1,529,999.33** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alexander Field**                                    ,   Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx-x-xx5699** | | | | | | | | | |
| Albany Bank & Trust Company 3400 W. Laurence Ave. Chicago, IL 60625 | X | | | | | | | | 5,390,178.59 |
| Account No. **Unknown** | | | | | | | | | |
| Allen L. Kracover & Associates Inc. 1001 Johnson Dr. Suite 200 Buffalo Grove, IL 60089 | | | | | | | | | 6,749.43 |
| Account No. **xx-xx-x9810** | | | | | | | | | |
| Allstate Electric LLC 1228 Allanson Rd Mundelein, IL 60060 | X | | | | | | | | 79,912.89 |
| Account No. **xx-xx-x5980** | | | | | | | | | |
| Allstate Electric LLC 1228 Allanson Rd Mundelein, IL 60060 | X | | | | | | | | 77,303.30 |
| Account No. **xxxxxx6625** | | | | | | | | | |
| Allstate Idemnity Company Unknown Newton, MA 02459 | | | | | | | | | 279.33 |

Sheet no. __1__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **5,554,423.54**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alexander Field**                                                        ,        Case No. _____
_____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxxx0001** | | | | | | | | |
| **American Eagle** <br> **556 Randal Road** <br> **South Elgin, IL 60177** | | | | | | | | 14,729.00 |
| Account No. **xxxx-xxxxxx-x5053** | | | | | | | | |
| **American Express** <br> **P.O. Box 0001** <br> **Los Angeles, CA 90096-0001** | | | | | | | | 80,633.00 |
| Account No. **xxxxxxxxxxxxxxx/xxxx3755** | | | | | | | | |
| **American Express (Firstsource Advant.)** <br> **PO Box 0001** <br> **Los Angeles, CA 90096** | | | | | | | | 748.04 |
| Account No. **5881** | | | | | | | | |
| **AT&T** <br> **P.O Box 8100** <br> **Aurora, IL 60507** | | | | | | | | 406.30 |
| Account No. **xxx-xxxxxx0-001** | | | | | | | | |
| **AT&T Capital Services Inc.** <br> **13160 Collections Center Dr.** <br> **Chicago, IL 60693** | | | | | | | | 3,063.35 |

Sheet no. __2__ of __30__ sheets attached to Schedule of                                Subtotal
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)            99,579.69

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Alexander Field** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **ATMI Precast** c/o Querry & Harrow 175 W. Jackson Blvd., Suite 1600 Chicago, IL 60604 | | - | | | | | X | Unknown |
| Account No. | | | | | | | | |
| **Bard, Larisa & Leo** 1143 Bernard Drive Buffalo Grove, IL 60089 | | - | | | | | | 200,000.00 |
| Account No. | | | | | | | | |
| **Bartnovsky, Rostislav** 2137 Graystone Place Hoffman Estates, IL 60169 | | - | | | | | | 118,000.00 |
| Account No. | | | | | | | | |
| **Beal Bank Nevada** c/o Clark Hill PLC 150 North Michigan Ave., Suite 2700 Chicago, IL 60601 | X | - | | | | | | 27,710,000.00 |
| Account No. | | | | | | | | |
| **Belson, Mark** 1416 Derby Lane Mundelein, IL 60060 | | - | | | | | | 50,000.00 |

Sheet no. __3__ of __30__ sheets attached to Schedule of          Subtotal          28,078,000.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alexander Field**                                                    ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Beyer Family LP** **914 N. Milwaukee, Suite 300** **Northbrook, IL 60062** | - | | | | | | 625,000.00 |
| Account No. | | | | | | | |
| **Bikhovsky, Alla & Josif** **10234 N. TrilliumRoad** **Mequon, WI 53092** | - | | | | | | 250,000.00 |
| Account No. **xxxxxxx x1 EAG** | | | | | | | |
| **Birdview Technologies** **101 W. 22nd Street Suite 202** **Lombard, IL 60148** | | | | | | | 800.00 |
| Account No. **N/A** | | | | | | | |
| **Bronson & Kahn LLC** **150 N Wacker Dr. Suite 1400** **Chicago, IL 60606** | | | | | | | 13,552.06 |
| Account No. | | | | | | | |
| **Capital Development Group** **of Florida, LLC** **3100 Dundee Rd., Suite 107** **Northbrook, IL 60062** | - | | | | | X | Unknown |

Sheet no. __4__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

889,352.06

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alexander Field**                                                            ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Capital Development Group, LLC**<br>**3100 Dundee Rd., Suite 107**<br>**Northbrook, IL 60062** | - | | | | | | X | **Unknown** |
| Account No.<br><br>**Capital Management Group**<br>**3100 Dundee Rd., Suite 107**<br>**Northbrook, IL 60062** | - | | | | | | X | **Unknown** |
| Account No.<br><br>**Capital Realty, Inc.**<br>**3100 Dundee Rd., Suite 107**<br>**Northbrook, IL 60062** | - | | | | | | X | **Unknown** |
| Account No. **x525A,x525B**<br><br>**CE Design Ltd.**<br>**1875 D Rohlwings Rd**<br>**Rolling Meadows, IL 60008** | | | | | | | | **9,715.00** |
| Account No. **xxxxxx-0001**<br><br>**Century 21 Chicagoland**<br>**and Northwest Indiana**<br>**1007 East 31st Street**<br>**La Grange Park, IL 60526** | - | | | | | | | **2,213.01** |

Sheet no. __5___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **11,928.01**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alexander Field**                                                      ,        Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-x-xx1587** | | | | | | | |
| **Century 21 Real Estate LLC** **1 Campus Dr.** **Parsippany, NJ 07054** | | | | | | | 975,774.52 |
| Account No. **xxx9733** | | | | | | | |
| **Chicago Tribune** **c/o Biehl & Biehl, Inc.** **325 E. Fullerton Ave.** **Carol Stream, IL 60188** | | | | | | | 485.98 |
| Account No. **xxxxxxx1589** | | | | | | | |
| **Cisco Inc.** **1702 Townhurst Dr.** **Houston, TX 77043** | | | | | | | 568.00 |
| Account No. **xxxx-xxxx-xxxx-2728** | | - | Credit card purchases | | | | |
| **Citi Aadvantage World Mastercard** **Citi Corp.** **P.O. Box 6000** **The Lakes, NV 89163** | | | | | | | 11,199.86 |
| Account No. **xxxxxxxxxx2172** | | | | | | X | |
| **Citibank** **PO BOX 688914** **Des Moines, IA 50368** | | | | | | | 16,883.00 |

| Sheet no. __6__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,004,911.36 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alexander Field**                                    ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx441-6** | | | | **199 Fox Hill Drive, Buffalo Grove, IL** | | | | |
| CitiMortgage PO Box 183040 Columbus, OH 43218 | | | | | | | | 376,560.00 |
| Account No. **xx5887** | | | | | | | | |
| Co Star Realty Information INC. P.O Box 791123 Baltimore, MD 21279-1123 | | | | | | | | 7,542.91 |
| Account No. **xxxxxxx2126** | | | | | | | | |
| ComEd P.O Box 6111 Carol Stream, IL 60197 | | | | | | | | 1,308.88 |
| Account No. **xxxxx4006** | | | | | | | | |
| ComEd P.O Box 6111 Carol Stream, IL 60197-6111 | | | | | | | | 6,000.00 |
| Account No. **xxxxxx8036** | | | | | | | | |
| ComEd P.O Box 6111 Carol Stream, IL 60197-6111 | | | | | | | | 2,540.70 |

Sheet no. __7___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

393,952.49

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alexander Field**                                                  ,        Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. **xxxxx7109** ComEd P.O Box 6111 Carol Stream, IL 60197-6111 | | | | | | | | 105.21 |
| Account No. **xxxxx3235** DHL Express Inc. 14105 Collection CTR Dr. Chicago, IL 60693 | | | | | | | | 2,984.01 |
| Account No. Dikshtein, Grigory and Maria 834 Oxford Place Wheeling, IL 60090 | - | | | | | | | 85,000.00 |
| Account No. **North Shore Center** Durabit Fence 433 Denniston Court Wheeling, IL 60090 | | | | | | | | 2,100.00 |
| Account No. Dzybinsky, Petro 199 Fox Hill Buffalo Grove, IL 60089 | - | | | | | | | 500,000.00 |

Sheet no. __8__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

590,189.22

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alexander Field**                                            ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| EAG Capital Development II, LLC 3100 Dundee Rd., Suite 107 Northbrook, IL 60062 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| EAG Capital Development II, LLC 3100 Dundee Rd., Suite 107 Northbrook, IL 60062 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| EAG Capital Holdings, Inc. 3100 Dundee Road, Suite 107 Northbrook, IL 60062 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| EAG Development, Inc. 3100 Dundee Rd., Suite 107 Northbrook, IL 60062 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Edward Shnayder 4800 Bedford Ave. Unit C Brooklyn, NY 11235 | - | | | | | | | |
| | | | | | | | | 80,000.00 |

Sheet no. __9__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 80,000.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alexander Field**                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxx050A** | | | | | | | | |
| Eiden & O'Donnell Ltd. 230 Center Dr. Suite 102 Vernon Hills, IL 60061 | | | | | | | | 9,623.32 |
| Account No. **xxxx-xxxx-xxxx-0159** | | | | | | | | |
| Elan Credit Card PO Box 790408 St. Louis, MO 63179 | | | | | | | | 2,778.82 |
| Account No. **xxxx-xxxx-xxxx-1128** | | | | | | | | |
| Elan Credit Card PO Box 790408 St. Louis, MO 63179 | | | | | | | | 50,500.00 |
| Account No. **xxxx-xxxx-xxxx-1467** | | | | | | | | |
| Elan Financial Services P.O Box 108 St. Louise, MO 63166-9801 | | | | | | | | 15,411.03 |
| Account No. | - | | | | | | X | |
| Emercor Group LLC 3100 Dundee Rd., Suite 107 Northbrook, IL 60062 | | | | | | | | Unknown |

Sheet no. __10__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

78,313.17

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alexander Field** _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Exxon Mobile** <br> **POBox 6497** <br> **Sious Falls, SD 57117** | | | | | | | 1,108.00 |
| Account No. <br><br> **FCL Builders, Inc.** <br> **c/o Richmond Breslin LLP** <br> **233 S. Wacker Dr., Suite 5775** <br> **Chicago, IL 60606** | X | - | | | | | 943,494.52 |
| Account No. **xxxx00.00** <br><br> **Fialko, Yakov** <br> **2650 Queens Way** <br> **Northbrook, IL 60062** | | - | | | | | 0.00 |
| Account No. **8035** <br><br> **Firzgerald Associate Architects** <br> **912 West Lake Street** <br> **Chicago, IL 60607** | | | | | | | 13,152.00 |
| Account No. <br><br> **Florida Development** <br> **8221 N. Kimball** <br> **Skokie, IL 60076** | | - | | | | | 500,000.00 |

Sheet no. __11__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,457,754.52

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alexander Field**                                                                  ,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Foltushanskiy, Igor and Alla**<br>**884 Horatio Blvd.**<br>**Buffalo Grove, IL 60089** | - | | | | | | 200,000.00 |
| Account No. **xxxxx982-1**<br><br>**Foster Bank**<br>**5225 North Kedzie Avenue**<br>**Chicago, IL** | - | | | | | | 4,340,000.00 |
| Account No. **Unknown**<br><br>**Fountain Technologies Ltd.**<br>**423 Dennistion Ct.**<br>**Wheeling, IL 60090** | | | | | | | 12,500.00 |
| Account No.<br><br>**Frankfurt, Vladimir**<br>**816 Winchester Lane**<br>**Northbrook, IL 60062** | - | | | | | | 112,000.00 |
| Account No. **xxxxxx-Kw01**<br><br>**Gaia Tech**<br>**200 North LaSalle Street Suite 2600**<br>**Chicago, IL 60601** | | | | | | | 1,343.44 |

Sheet no. __12__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,665,843.44

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alexander Field**                                                    ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx-xxxxxx8002**<br><br>**Garveys**<br>**7500 N Caldwell Ave**<br>**Niles, IL 60714** | | | | | | | | 380.00 |
| Account No.<br><br>**Gashpar, Inna**<br>**1121 Cayuga Drive**<br>**Northbrook, IL 60062** | | - | | | | | | 139,700.00 |
| Account No. **xxxxxxx-x-2089**<br><br>**Gastroenterology Consultants**<br>**of the North Shore**<br>**707 Lake Cook Road S-314**<br>**Deerfield,, IL 60015** | | | | | | | | 747.00 |
| Account No. **xxx-xxxxxx3-000**<br><br>**Great American Leasing Corp.**<br>**8742 Innovation Way**<br>**Chicago, IL 60682** | | | | | | | | 22,997.81 |
| Account No. **xx5680**<br><br>**Harris Bank**<br>**P.O. Box 3042**<br>**Milwaukee, WI 53201** | | | | | | | | 85,000.00 |

Sheet no. __13__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

248,824.81

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alexander Field**                                                              ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx1720** <br><br> **Home Depot** <br> **P.O Box 6029** <br> **The Lakes, NV 88901** | | | | | | | 19,788.47 |
| Account No. **xxxxxxxxxxxx3048** <br><br> **HSBC** <br> **P.O. Box 17602** <br> **Baltimore, MD 21297-1602** | | | | | | | 6,473.00 |
| Account No. **xxxxxxxxxxx5894** <br><br> **HSBC** <br> **P.O. Box 17602** <br> **Baltimore, MD 21297** | | | | | | | 3,545.00 |
| Account No. **xxxxxxx1378** <br><br> **HSBC-Neiman Marcus** <br> **P.O. Box 15221** <br> **Wilmington, DE 19850** | | | | | | | 262.00 |
| Account No. **xxxxxx905-R,xx4277** <br><br> **Humana Group Dental** <br> **Unknown** <br> **East Hartland, CT 06128** | | | | | | | 2,025.86 |

Sheet no. __14__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,094.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alexander Field**                                         ,        Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **2692** | | | | | | | | | |
| Integral Digital Services INC. P.O Box 5257 Buffalo Grove, IL 60089 | | | | | | | | | 3,000.00 |
| Account No. | | | | | | | | | |
| Ioffe, Jacob 9123 Tripp Skokie, IL 60076 | | - | | | | | | | 70,000.00 |
| Account No. **xx-xH-433** | | | | | | | | | |
| Joseph Pollina 3221 Rockwell Ave Chicago, IL 60618 | | | | | | | | | 170,000.00 |
| Account No. | | | | | | | | | |
| Kharon, Alla and Eugene 1778 Tudor Lane Northbrook, IL 60062 | | - | | | | | | | 770,705.41 |
| Account No. | | | | | | | | | |
| Khaykin, Irina 300 S. Richard Court Vernon Hills, IL 60061 | | - | | | | | | | 50,000.00 |

Sheet no. __15__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,063,705.41**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Alexander Field**                                                    ,          Case No. _____
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx.xxxxxxx.x0000**<br><br>**KLOA Inc.**<br>**Kenig, Lindgren,O'hara, Aboona**<br>**9575 W. Higgins Rd. Suite 400**<br>**Rosemont, IL 60018** | | | | | | | **14,236.59** |
| Account No.<br><br>**Kompan, Vladimir**<br>**1509 Landwehr**<br>**Northbrook, IL 60062** | | - | | | | | **300,000.00** |
| Account No. **Office Lease**<br><br>**Korman/ Lederer Management CO.**<br>**3100 Dundee Rd. Suite 116**<br>**Northbrook, IL 60062** | | | | | | | **60,000.00** |
| Account No. **xxx xx3765**<br><br>**Korman/ Lederer Management CO.**<br>**3100 Dundee Rd. Suite 116**<br>**Northbrook, IL 60062** | | | | | | | **395.64** |
| Account No. **xxx xx3767**<br><br>**Korman/ Lederer Management CO.**<br>**3100 Dundee Rd. Suite 116**<br>**Northbrook, IL 60062** | | | | | | | **320.62** |

Sheet no. __**16**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **374,952.85**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alexander Field**                                              ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Korol, Gennady and Larisa 932 Greenbay Road Glencoe, IL 60022 | | | | | | | | 1,600,000.00 |
| Account No. **xx-xx-x9446** | | - | | | | | | |
| Lake County Grading Company c/o Ray & Glick P.O. Box 400 Libertyville, IL 60048 | | | | | | | | **Unknown** |
| Account No. **xxxxxxxx-xx4-491** | | | | | | | | |
| LDC Collection Systems PO Box 515213 Los Angeles, CA 90051 | | | | | | | | 298.00 |
| Account No. | X | - | | | | | | |
| Legat Architects c/o Schiff, Harden, LLP 6600 Sears Tower Chicago, IL 60606 | | | | | | | | 405,672.85 |
| Account No. **NS** | | | | | | | | |
| Leibson McGrath Mankedick d/b/a LM Squared 400 Skokie Blvd. Suite 590 Northbrook, IL 60062 | | | | | | | | 96,105.00 |

| | |
|---|---|
| Sheet no. __17__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)   2,102,075.85 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alexander Field**                                          ,          Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Len's and Lisa's Construction, Inc.** **808 Verney Lane** **Charlotte, NC 28226** | | - | | | | | | 1,720,000.00 |
| Account No. | | | | | | | | |
| **Levenfeld Pearlstein** **2 N. LaSalle St.** **Suite 1300** **Chicago, IL 60602** | X | - | | | | | | 500,000.00 |
| Account No. | | | | | | | | |
| **Litvin, Gary** **23696 N. Raleigh Drive** **Lincolnshire, IL 60069** | | - | | | | | | 25,000.00 |
| Account No. | | | | | | | | |
| **McDonald Paper Restaurant Supply Co** **Bldg. 58** **1st Avenue & 50th Street** **Brooklyn, NY 11232** | | - | | | | | | 120,000.00 |
| Account No. | | | | | | | | |
| **Mega Development Group IV Corp.** **3100 Dundee Rd., Suite 107** **Northbrook, IL 60062** | | - | | | | | X | Unknown |

Sheet no. __18__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 2,365,000.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alexander Field**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mega Development Group, LLC**<br>**3100 Dundee Rd., Suite 107**<br>**Northbrook, IL 60062** | - | | | | | | **300,000.00** |
| Account No.<br><br>**Mega Entertainment Group II, LLC**<br>**577 Waukegan Avenue**<br>**Northbrook, IL 60062** | - | | | | | X | **Unknown** |
| Account No.<br><br>**Mega Investors Group III, LLC**<br>**3100 Dundee Rd., Suite 107**<br>**Northbrook, IL 60062** | - | | | | | X | **Unknown** |
| Account No. **xxxx.0105**<br><br>**Miller Cooper & Co Ltd.**<br>**1751 Lake Cook Rd. Suite 400**<br>**Deerfield, IL 60015** | | | | | | | **132,962.46** |
| Account No.<br><br>**Monisova, Alla and Michael Shulman**<br>**114 Hampton Blvd.**<br>**Lake Bluff, IL 60044** | - | | | | | | **105,000.00** |

Sheet no. __**19**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |  **537,962.46**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alexander Field**                                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **N.S. Center GP, LLC** **3100 Dundee Rd., Suite 107** **Northbrook, IL 60062** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. **xxx8406** | | | | | | | | |
| **National Construction Rentals** **P.O Box 4503** **Pacoima, CA 91333** | | | | | | | | |
| | | | | | | | | **439.92** |
| Account No. **xxxxx0032** | | **444 Buckthorn, Buffalo Grove, Illinois** | | | | | | |
| **Nationstar Mortgage** **P.O. Box 199400** **Dallas, TX 75219** | | | | | | | | |
| | | | | | | | | **356,676.00** |
| Account No. **xxxxx0173** | | | | | | | | |
| **Nicor** **P.O. Box 2020** **Aurora, IL 60507** | | | | | | | | |
| | | | | | | | | **605.00** |
| Account No. **xxxxxx8271** | | | | | | | | |
| **Nicor Gas** **P.O Box 2020** **Aurora, IL 60507** | | | | | | | | |
| | | | | | | | | **2,756.82** |

Sheet no. __**20**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **360,477.74**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alexander Field**                                                    ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1232**<br><br>**Nicor Gas**<br>**P.O Box 2020**<br>**Aurora, IL 60507** | | | | | | | **3,157.03** |
| Account No. **xxxxxx2695**<br><br>**Nicor Gas**<br>**P.O Box 2020**<br>**Aurora, IL 60507** | | | | | | | **879.24** |
| Account No. **xxx5008**<br><br>**North Shore University HealthSystem**<br>**23056 Network Place**<br>**Chicago, IL 60673** | - | | **Hospital Bill** | | | | **3,559.67** |
| Account No. **xxxx0725**<br><br>**North Shore University HealthSystem**<br>**9532 Eagle Way**<br>**Chicago, IL 60678** | - | | | | | | **817.00** |
| Account No. **5144**<br><br>**Northbrook Blueprint & Supply**<br>**626 Anthony Trail**<br>**Northbrook, IL 60062** | | | | | | | **1,074.36** |

Sheet no. __21__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,487.30**

B6F (Official Form 6F) (12/07) - Cont.

In re **Alexander Field**                                                     ,          Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Northshore Center GP, Inc. 3100 Dundee Rd., Suite 107 Northbrook, IL 60062 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Northshore Center LP 3100 Dundee Rd., Suite 107 Northbrook, IL 60062 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Northshore Center THC LLC 3100 Dundee Rd., Suite 107 Northbrook, IL 60062 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. **xxx0181** | | | | | | | | |
| Northshore Magazine 16 Haverhill Street, 3rd Floor Andover, MA 01810 | | | | | | | | |
| | | | | | | | | 9,270.00 |
| Account No. **xxxxxxxxx-8036** | | | | | | | | |
| Northshore Univ Health System 23056 Network Place Chicago, IL 60673 | | | | | | | | |
| | | | | | | | | 100.00 |

Sheet no. __22__ of __30__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)    | 9,370.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alexander Field**                                    ,          Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx-9083**<br><br>**Northshore Univ Health System**<br>**23056 Network Place**<br>**Chicago, IL 60673** | | | | | | | 2,418.00 |
| Account No. **xxxx1901**<br><br>**Northshore University Healthcare**<br>**c/o VAN Ru Credit Corp.**<br>**1350 E. Touhy Ave, Suite 100**<br>**Des Plaines, IL 60018** | | | | | | | 1,547.00 |
| Account No. **xxxx0506**<br><br>**Northshore University Healthcare**<br>**VAN Ru Credit Corp**<br>**1350 E. Touhy Ave, Suite 100**<br>**Des Plaines, IL 60018** | | | | | | | 1,752.00 |
| Account No. **Unknown**<br><br>**Origin Capital**<br>**1122 N. LaSalle St.**<br>**Chicago, IL 60610** | | | | | | | 500,000.00 |
| Account No. **xx4803**<br><br>**Origin Capital**<br>**1122 N. LaSalle St.**<br>**Chicago, IL 60610** | | | | | | | 429,660.00 |

Sheet no. __23__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

935,377.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alexander Field**                                                    ,                Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx4395** <br><br> **Origin Capital** <br> **1122 N. LaSalle St.** <br> **Chicago, IL 60610** | | | | | | | | 509,521.00 |
| Account No. <br><br> **Osnovsky, Gregory & Brukh** <br> **6536 N. California Avenue** <br> **Chicago, IL 60642** | | - | | | | | | 100,000.00 |
| Account No. **None** <br><br> **Papas Construction Co.** <br> **8605 N Lincolin Ave Suite B** <br> **Morton Grove, IL 60053** | | | | | | | | 126,514.00 |
| Account No. <br><br> **Paragon Theaters** <br> **c/o Dahl & Bonadies, LLC** <br> **30 N. LaSalle St., Suite 1500** <br> **Chicago, IL 60602** | X | - | | | | | | 306,921.50 |
| Account No. **4,945,450,334** <br><br> **Parvin-Clauss Sign Company** <br> **165 Tubeway Dr.** <br> **Carol Stream, IL 60188** | | | | | | | | 2,681.80 |

Sheet no. __24__ of __30__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,045,638.30

B6F (Official Form 6F) (12/07) - Cont.

In re **Alexander Field**                                              , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Piven, Vladimir and Ludmila** <br>**1436 N. Picadilly Circle** <br>**Mount Prospect, IL 60056** | - | | | | | | 250,000.00 |
| Account No. **xxxx5009** <br><br>**Polsky & Associates Ltd.** <br>**205 N. Michigan Ave. 41 floor** <br>**Chicago, IL 60601** | | | | | | | 54,986.97 |
| Account No. **xxxx0-000** <br><br>**Puget Sound Leasing** <br>**P.O Box 1295** <br>**Issaguah, WA 98027** | | | | | | | 13,603.00 |
| Account No. <br><br>**RC Realty Development LLC** <br>**914 N. Milwaukee, Suite 300** <br>**Northbrook, IL 60062** | - | | | | | | 679,000.00 |
| Account No. <br><br>**Royal Square Development, LLC** <br>**3100 Dundee Rd., Suite 107** <br>**Northbrook, IL 60062** | - | | | | | X | Unknown |

Sheet no. __25__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**997,589.97**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alexander Field**                                                                    ,        Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-x-xx2804** <br><br> **Schain Burney Ross & Citron, Ltd.** <br> **222 North LaSalle Street Suite 1910** <br> **Chicago, IL 60601** | | | | | | | **149,192.79** |
| Account No. **xxxx# xxx0017,xxx0168** <br><br> **Secretary of State** <br> **Illinois Dept. of Security** <br> **111 East Monroe St.** <br> **Springfield, IL 62756** | | | | | | | **Unknown** |
| Account No. <br><br> **Selivanova, Marina** <br> **608 Happfield Court** <br> **Arlington Heights, IL 60004** | | - | | | | | **100,000.00** |
| Account No. **xx-3330** <br><br> **Service Sanitation INC.** <br> **135 Blaine Street** <br> **Gary, IN 46406** | | | | | | | **6,089.02** |
| Account No. <br><br> **Sharonova, Tatiana** <br> **1375 Kenelwood Lane** <br> **Deerfield, IL 60015** | | - | | | | | **355,000.00** |

Sheet no. __26__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**610,281.81**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alexander Field** _____ ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Shneider, Gene and Larisa Solomonova 1411 Candlewood Court Wheeling, IL 60090** | - | | | | | | 81,500.00 |
| Account No. <br><br>**Sniper, Alexander & Sofia 471 Bay Tree Circle Vernon Hills, IL 60061** | - | | | | | | 719,493.09 |
| Account No. **xx-xx-x7128** <br><br>**Stewart Title Company 665 Campton Street Ely, NV 89301** | | | | | | X | Unknown |
| Account No. **NA** <br><br>**Studio 41 3160 Skokie Vally Rd. Higland Park, IL 60035** | | | | | | | 18,859.50 |
| Account No. **xxxxxx2500** <br><br>**TDS Metrocom P.O Box 94510 Palatine, IL 60094-4510** | | | | | | | 6,629.53 |

Sheet no. __27__ of __30__ sheets attached to Schedule of                    Subtotal          826,482.12
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alexander Field**                                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x3523**<br><br>**The Anderson Group**<br>**3409 North Hellen St. # 200**<br>**Metairie, La 70002** | | | | | | | 1,600.00 |
| Account No. **xxxx1452**<br><br>**The First Commercial Bank**<br>**6945 N. Clark St.**<br>**Chicago, IL 60626** | X | | 19 River Oak Circle Drive East, Buffalo Grove, Illinois | | | | 525,000.00 |
| Account No. **xxx4002**<br><br>**The Private Bank and Trust Company**<br>**10 N. Dearborn**<br>**Chicago, IL 60602** | X | | Deficiency Judgment | | | | 284,855.57 |
| Account No. **xxxxxx0518**<br><br>**Travelers Insurance**<br>**Unknown**<br>**Newton, MA 02458** | | | | | | | 369.00 |
| Account No. **N/A**<br><br>**Tribune Interactive**<br>**14891 Collection Center DR.**<br>**Chicago, IL 60693-0148** | | | | | | | 3,360.00 |

Sheet no. __**28**__ of __**30**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          815,184.57

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alexander Field**                                                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx8175** | | | | | | | | |
| **US Bank** **P.O Box 2407** **Minneapolis, MN 55402** | | | | | | | | **5,967.00** |
| Account No. | | | | | | | | |
| **Vdovets, Michael** **3873 Oak** **Northbrook, IL 60062** | | | | | | | | **Unknown** |
| Account No. | | | | 711 Greenwood, Illinois, 60062 | | | | |
| **VMV Asset Management** **3045 McArthur Blvd** **Northbrook, IL 60062** | X | - | | | | | | **1,000,000.00** |
| Account No. | | | | | | | | |
| **VPP Inc./Oleg Pogrebnoy** **1705 Pico Blvd.** **Suite # 107** **Santa Monica, CA 90405** | | - | | | | | | **675,000.00** |
| Account No. | | | | | | | | |
| **Vulfson, Yefim** **325 Horatio Blvd.** **Buffalo Grove, IL 60089** | | - | | | | | | **107,500.00** |

Sheet no. __29__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,788,467.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alexander Field** ,                              Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx13-SB,Reff**<br><br>**Waste Management Commercial**<br>**1411 Opus Place Suite 400**<br>**Downers Grove, IL 60515** | | | | | | | | **1,019.55** |
| Account No.<br><br>**Weiss Builders**<br>**c/o Demchenko & Kashuba, LLC**<br>**2520 West Chicago**<br>**Chicago, IL 60622** | X | - | | | | | | **1,065,347.40** |
| Account No. **xxxx-xx0522**<br><br>**Wells Fargo**<br>**P.O. Box 10225**<br>**Des Moines, IA 50306** | | | | | | | X | **Unknown** |
| Account No. **xxxxxxxxxxxx7716**<br><br>**WFF National Bank**<br>**P.O. Box 94498**<br>**Las Vegas, NV 89193** | | | | | | | | **8,154.00** |
| Account No.<br><br>**Yaker, Lazar & Dina**<br>**3216 Brookhill Circle**<br>**Birmingham, AL 35210** | | - | | | | | | **170,000.00** |

Sheet no. __**30**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **1,244,520.95** |
| Total<br>(Report on Summary of Schedules) | | **59,801,739.30** |

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Alexander Field** _____   Case No. _____
                                        Debtor(s)           Chapter   **7**   _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Alexander Field** _____          X **/s/ Alexander Field** _____          **October  6, 2010**
Printed Name(s) of Debtor(s)                           Signature of Debtor                  Date

Case No. (if known)   _____          X _____
                                                Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Alexander Field**                                                     Case No.
                                        Debtor(s)                 Chapter      **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                                **160**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my
(our) knowledge.

Date:   **October  6, 2010**                          **/s/ Alexander Field**
                                                      **Alexander Field**
                                                      Signature of Debtor

3888 Maple, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Abramovsky, Leyka & Lonid
19 River Oak Circle Dr. East
Buffalo Grove, IL 60089


Absolute Title
81 S. Milwaukee Avenue
Wheeling, IL 60090


Albany Bank & Trust Company
3400 W. Laurence Ave.
Chicago, IL 60625


Allen L. Kracover & Associates Inc.
1001 Johnson Dr. Suite 200
Buffalo Grove, IL 60089


Allstate Electric LLC
1228 Allanson Rd
Mundelein, IL 60060


Allstate Idemnity Company
Unknown
Newton, MA 02459


Amcore Bank
300 Tri State International
Lincolnshire, IL 60069


American Eagle
556 Randal Road
South Elgin, IL 60177


American Express
P.O. Box 0001
Los Angeles, CA 90096-0001


American Express (Firstsource Advant.)
PO Box 0001
Los Angeles, CA 90096

American Home Mortgage
4600 Regent Blvd S-200
Irving, TX 75063


AT&T
P.O Box 8100
Aurora, IL 60507


AT&T Capital Services Inc.
13160 Collections Center Dr.
Chicago, IL 60693


ATMI Precast
c/o Querry & Harrow
175 W. Jackson Blvd., Suite 1600
Chicago, IL 60604


Aurora Loan Services
 f/k/a GMAC Mortgage
10350 Park Meadows Dr.
Littleton, CO 80124


BAC Home Loan
450 American St.
Simi Valley, CA 90650


Bard, Larisa & Leo
1143 Bernard Drive
Buffalo Grove, IL 60089


Bartnovsky, Rostislav
2137 Graystone Place
Hoffman Estates, IL 60169


Bayview Loan Servicing
4425 Ponce de leon Blvd.
5th Floor
Coral Gables, FL 33146


Beal Bank Nevada
c/o Clark Hill PLC
150 North Michigan Ave., Suite 2700
Chicago, IL 60601

Belson, Mark
1416 Derby Lane
Mundelein, IL 60060


Beyer Family LP
914 N. Milwaukee, Suite 300
Northbrook, IL 60062


Bikhovsky, Alla & Josif
10234 N. TrilliumRoad
Mequon, WI 53092


Birdview Technologies
101 W. 22nd Street Suite 202
Lombard, IL 60148


Bronson & Kahn LLC
150 N Wacker Dr. Suite 1400
Chicago, IL 60606


Capital Development Group
  of Florida, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Capital Development Group, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Capital Development Group, LLC
3100 Dundee
Northbrook, IL 60062


Capital Management Group
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Capital Management Group Ptnership
3100 Dundee Road
Northbrook, IL 60062


Capital Realty, Inc.
3100 Dundee Rd., Suite 107
Northbrook, IL 60062

CE Design Ltd.
1875 D Rohlwings Rd
Rolling Meadows, IL 60008


Century 21 Chicagoland
 and Northwest Indiana
1007 East 31st Street
La Grange Park, IL 60526


Century 21 Real Estate LLC
1 Campus Dr.
Parsippany, NJ 07054


Chicago Tribune
c/o Biehl & Biehl, Inc.
325 E. Fullerton Ave.
Carol Stream, IL 60188


Cisco Inc.
1702  Townhurst Dr.
Houston, TX 77043


Citi Aadvantage World Mastercard
Citi Corp.
P.O. Box 6000
The Lakes, NV 89163


Citibank
PO BOX 688914
Des Moines, IA 50368


CitiMortgage
PO Box 183040
Columbus, OH 43218


Co Star Realty Information INC.
P.O Box 791123
Baltimore, MD 21279-1123


ComEd
P.O Box 6111
Carol Stream, IL 60197

ComEd
P.O Box 6111
Carol Stream, IL 60197-6111

Crowley & Lamb, P.C.
350 N. LaSalle St.
Suite 900
Chicago, IL 60610

DHL Express Inc.
14105 Collection CTR Dr.
Chicago, IL 60693

Dikshtein, Grigory and Maria
834 Oxford Place
Wheeling, IL 60090

Durabit Fence
433 Denniston Court
Wheeling, IL 60090

Dzybinsky, Petro
199 Fox Hill
Buffalo Grove, IL 60089

EAG Capital Development II, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062

EAG Capital Holdings, Inc.
3100 Dundee Road, Suite 107
Northbrook, IL 60062

EAG Capital Holdings, Inc.
3100 Dundee Road
Northbrook, IL 60062

EAG Development, Inc.
3100 Dundee Rd., Suite 107
Northbrook, IL 60062

Ed Renko
577 Waukegan Avenue
Northbrook, IL 60062

Edward Shnayder
4800 Bedford Ave.
Unit C
Brooklyn, NY 11235


Eiden & O'Donnell Ltd.
230 Center Dr. Suite 102
Vernon Hills, IL 60061


Elan Credit Card
PO Box 790408
St. Louis, MO 63179


Elan Financial Services
P.O Box 108
St. Louise, MO 63166-9801


Emercor Group LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Exxon Mobile
POBox 6497
Sious Falls, SD 57117


FCL Builders, Inc.
c/o Richmond Breslin LLP
233 S. Wacker Dr., Suite 5775
Chicago, IL 60606


Fialko, Yakov
2650 Queens Way
Northbrook, IL 60062


Firzgerald Associate Architects
912 West Lake Street
Chicago, IL 60607


Florida Development
8221 N. Kimball
Skokie, IL 60076


Foltushanskiy, Igor and Alla
884 Horatio Blvd.
Buffalo Grove, IL 60089

Foster Bank
5225 North Kedzie Ave
Chicago, IL 60625


Foster Bank
5225 North Kedzie Avenue
Chicago, IL


Fountain Technologies Ltd.
423 Dennistion Ct.
Wheeling, IL 60090


Frankfurt, Vladimir
816 Winchester Lane
Northbrook, IL 60062


Gaia Tech
200 North LaSalle Street Suite 2600
Chicago, IL 60601


Garveys
7500 N Caldwell Ave
Niles, IL 60714


Gary Fishkin
3100 Dundee Road
Northbrook, IL 60062


Gashpar, Inna
1121 Cayuga Drive
Northbrook, IL 60062


Gastroenterology Consultants
  of the North Shore
707 Lake Cook Road S-314
Deerfield,, IL 60015


Glencoe Place Condo Association
707 Skokie Blvd, Suite 100
Northbrook, IL 60062


Great American Leasing Corp.
8742 Innovation Way
Chicago, IL 60682

Harris Bank
P.O. Box 3042
Milwaukee, WI 53201


Home Depot
P.O Box 6029
The Lakes, NV 88901


HSBC
P.O. Box 17602
Baltimore, MD 21297-1602


HSBC
P.O. Box 17602
Baltimore, MD 21297


HSBC-Neiman Marcus
P.O. Box 15221
Wilmington, DE 19850


Humana Group Dental
Unknown
East Hartland, CT 06128


Integral Digital Services INC.
P.O Box 5257
Buffalo Grove, IL 60089


Ioffe, Jacob
9123 Tripp
Skokie, IL 60076


Joseph Pollina
3221 Rockwell Ave
Chicago, IL 60618


JP Morgan Chase Bank
P.O Box 1093
Northridge, CA 91928


Kharon, Alla and Eugene
1778 Tudor Lane
Northbrook, IL 60062

Khaykin, Irina
300 S. Richard Court
Vernon Hills, IL 60061


KLOA Inc.
Kenig, Lindgren,O'hara, Aboona
9575 W. Higgins Rd. Suite 400
Rosemont, IL 60018


Kompan, Vladimir
1509 Landwehr
Northbrook, IL 60062


Korman/ Lederer Management CO.
3100 Dundee Rd.  Suite 116
Northbrook, IL 60062


Korman/ Lederer Management CO.
3100 Dundee Rd. Suite 116
Northbrook, IL 60062


Korol, Gennady and Larisa
932 Greenbay Road
Glencoe, IL 60022


Lake County Grading Company
c/o Ray & Glick
P.O. Box 400
Libertyville, IL 60048


LDC Collection Systems
PO Box 515213
Los Angeles, CA 90051


Legat Architects
c/o Schiff, Harden, LLP
6600 Sears Tower
Chicago, IL 60606


Leibson McGrath Mankedick
   d/b/a LM Squared
400 Skokie Blvd. Suite 590
Northbrook, IL 60062

Len's and Lisa's Construction, Inc.
808 Verney Lane
Charlotte, NC 28226


Levenfeld Pearlstein
2 N. LaSalle St.
Suite 1300
Chicago, IL 60602


Litton Servicing LP
4828 Loop Central Drive
Houston, TX 77081


Litvin, Gary
23696 N. Raleigh Drive
Lincolnshire, IL 60069


McDonald Paper Restaurant Supply Co
Bldg. 58
1st Avenue & 50th Street
Brooklyn, NY 11232


Mega Development Group IV Corp.
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Mega Development Group, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Mega Development Group, LLC
3100 Dundee Road
Northbrook, IL 60062


Mega Entertainment Group II, LLC
577 Waukegan Avenue
Northbrook, IL 60062


Mega Investors Group III, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Miller Cooper & Co Ltd.
1751 Lake Cook Rd. Suite 400
Deerfield, IL 60015

Monisova, Alla and Michael Shulman
114 Hampton Blvd.
Lake Bluff, IL 60044


N.S. Center GP, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


National Construction Rentals
P.O Box 4503
Pacoima, CA 91333


Nationstar Mortgage
P.O. Box 199400
Dallas, TX 75219


Nicor
P.O. Box 2020
Aurora, IL 60507


Nicor Gas
P.O Box 2020
Aurora, IL 60507


North Shore University HealthSystem
23056 Network Place
Chicago, IL 60673


North Shore University HealthSystem
9532 Eagle Way
Chicago, IL 60678


Northbrook Blueprint & Supply
626 Anthony Trail
Northbrook, IL 60062


Northshore Center GP, Inc.
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Northshore Center LP
3100 Dundee Rd., Suite 107
Northbrook, IL 60062

Northshore Center THC LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Northshore Magazine
16 Haverhill Street, 3rd Floor
Andover, MA 01810


Northshore Univ Health System
23056 Network Place
Chicago, IL 60673


Northshore University Healthcare
c/o VAN Ru Credit Corp.
1350 E. Touhy Ave, Suite 100
Des Plaines, IL 60018


Northshore University Healthcare
VAN Ru Credit Corp
1350 E. Touhy Ave, Suite 100
Des Plaines, IL 60018


Ocwen Loan Services
12650 Ingenuity Dr.
Orlando, FL 32826


Origin Capital
1122 N. LaSalle St.
Chicago, IL 60610


Osnovsky, Gregory & Brukh
6536 N. California Avenue
Chicago, IL 60642


Papas Construction Co.
8605 N Lincolin Ave Suite B
Morton Grove, IL 60053


Paragon Theaters
c/o Dahl & Bonadies, LLC
30 N. LaSalle St., Suite 1500
Chicago, IL 60602

Parvin-Clauss Sign Company
165 Tubeway Dr.
Carol Stream, IL 60188


Piven, Vladimir and Ludmila
1436 N. Picadilly Circle
Mount Prospect, IL 60056


Polsky & Associates Ltd.
205 N. Michigan Ave. 41 floor
Chicago, IL 60601


Puget Sound Leasing
P.O Box 1295
Issaguah, WA 98027


RC Realty Development LLC
914 N. Milwaukee, Suite 300
Northbrook, IL 60062


Royal Square Development, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Schain Burney Ross & Citron, Ltd.
222 North LaSalle Street Suite 1910
Chicago, IL 60601


Secretary of State
   Illinois Dept. of Security
111 East Monroe St.
Springfield, IL 62756


Selivanova, Marina
608 Happfield Court
Arlington Heights, IL 60004


Service Sanitation INC.
135 Blaine Street
Gary, IN 46406


Sharonova, Tatiana
1375 Kenelwood Lane
Deerfield, IL 60015

Shneider, Gene
  and Larisa Solomonova
1411 Candlewood Court
Wheeling, IL 60090


Sniper, Alexander & Sofia
471 Bay Tree Circle
Vernon Hills, IL 60061


Stewart Title Company
665 Campton Street
Ely, NV 89301


Studio 41
3160 Skokie Vally Rd.
Higland Park, IL 60035


TDS Metrocom
P.O Box 94510
Palatine, IL 60094-4510


The Anderson Group
3409 North Hellen St. # 200
Metairie, La 70002


The First Commercial Bank
6945 N. Clark St.
Chicago, IL 60626


The Private Bank and Trust Company
10 N. Dearborn
Chicago, IL 60602


Travelers Insurance
Unknown
Newton, MA 02458


Tribune Interactive
14891 Collection Center DR.
Chicago, IL 60693-0148


United Recovery Systems, LP
PO Box 722929
Houston, TX 77272-2929

US Bank
P.O Box 2407
Minneapolis, MN 55402


Vdovets, Michael
3873 Oak
Northbrook, IL 60062


VMV Asset Management
3045 McArthur Blvd
Northbrook, IL 60062


VPP Inc./Oleg Pogrebnoy
1705 Pico Blvd.
Suite # 107
Santa Monica, CA 90405


Vulfson, Yefim
325 Horatio Blvd.
Buffalo Grove, IL 60089


Waste Management Commercial
1411 Opus Place Suite 400
Downers Grove, IL 60515


Weiss Builders
c/o Demchenko & Kashuba, LLC
2520 West Chicago
Chicago, IL 60622


Wells Fargo
P.O. Box 10225
Des Moines, IA 50306


WFF National Bank
P.O. Box 94498
Las Vegas, NV 89193


Yaker, Lazar & Dina
3216 Brookhill Circle
Birmingham, AL 35210